RECEIVED
BY: LLB
MAR 1 8 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| KENNETH JAMES #401988 | CIVIL ACTION NO. 09-1592-P |
| | JUDGE HICKS |
| JAMES LEBLANC, ET. AL | MAGISTRATE JUDGE HORNSBY |

## REQUEST FOR ENTRY OF DEFAULT

TO: CLERK OF THE COURT FOR THE WESTERN DISTRICT OF LOUISIANA

YOU WILL PLEASE ENTER THE DEFAULT OF DEFENDENT(S): JAMES LEBLANC, JERRY GOODWIN, ANGIE HUFF, MICHELE DAUZAT, RAY HANSON, LONNIE NAIL, BRAD ROGERS, JACKIE HAMIL, SECURITY OFFICER JOHN DOE, SECURITY OFFICER JANE DOE, AND MEDICAL OFFICER JOHN DOE FOR FAILURE TO PLEAD OR OTHERWISE DEFEND AS PROVIDED BY THE FEDERAL RULES OF CIVIL PROCEDURES, AS APPEARS FROM THE ATTATCHED AFFIDAVIT OF KENNETH JAMES #401988 PRO SE.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

KENNETH JAMES #401988          CIVIL ACTION NO. 09-1592-P

VS                                          JUDGE HICKS

JAMES LEBLANC                         MAGISTRATE JUDGE HORNSBY

AFFIDAVIT FOR ENTRY OF DEFAULT

PLAINTIFF KENNETH JAMES #401988, BEING DULY SWORN, DEPOSES AND SAYS:

1. THAT HE IS THE PRO SE COUNSEL IN THE ABOVE ENTITLED MATTER.

2. THAT DEFENDENT(S): JAMES LEBLANC, JERRY GOODWIN, ANGIE HUFF, MICHELE DAUZAT, RAY HANSON, LONNIE NAIL, BRAD ROGERS, JACKIE HAMIL, SECURITY OFFICER JOHN DOE, SECURITY OFFICER JANE DOE, AND MEDICAL OFFICER JOHN DOE WAS SERVED WITH A COPY OF THE SUMMONS AND COMPLAINT AS APPEARS FROM PROOF OF SERVICE ON FILE.

3. THAT THE DEFENDENT(S) IN THE ABOVE ENTITLED MATTER HAS NOT FILED OR SERVED AN ANSWER OR TAKEN OTHER ACTIONS AS MAY BE PERMITTED BY LAW ALTHOUGH MORE THAN (20) DAYS HAVE ELAPSED SINCE DATE OF SERVICE.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED AT HOMER, LA. MARCH 16, 2010 BY Kenneth James #401988

KENNETH JAMES #401188
D.W.C.C.
670 BELL HILL Rd.
HOMER, LOUISIANA 71040

\* LEGAL MAIL \*

RECEIVED
MAR 18 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

CLERK, UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
U.S. COURTHOUSE
300 FANNIN ST., SUITE 1167
SHREVEPORT, LOUISIANA 71101-3083

\* LEGAL MAIL \*

US POSTAGE $00.44
Mailed From 71040
03/16/2010
031A0005180302