UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| KENNETH JAMES | CIVIL ACTION NO. 09-cv-1592 |
| VERSUS | JUDGE HICKS |
| JAMES LEBLANC, ET AL | MAGISTRATE JUDGE HORNSBY |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, as well as the written objections filed by defendant, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the **Motion to Dismiss (Doc. 128)** is **granted in part** as follows: (1) all claims against any defendant in his or her official capacity are dismissed; (2) all claims against Secretary James LeBlanc, Angie Huff, and Leia (a/k/a Lee) Sanders are dismissed; (3) any claim based solely on the allegations of verbal abuse is dismissed; (4) the claim of an Eighth Amendment violation based on conditions of confinement in the strip cell is dismissed; and (5) the procedural due process claim based on assignment to the strip cell is dismissed. The motion is **denied** in all other respects.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 29th day of December, 2011.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE